UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOAN LYNCH,

        Plaintiff

        v.                                    C-1-08-453

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 19) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is **ADOPTED AND INCORPORATED** herein.

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 19), the Commissioner's decision is **REVERSED AND REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g).

**IT IS SO ORDERED.**

                                              s/Herman J. Weber
                                      Herman J. Weber, Senior Judge
                                      United States District Court